UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAUSTINO ALMAZO, ANTHONY MEJIA, BERNABE DAMIAN, CARLOS TIPAZ, DAMIAN MEYO VARELA, DAVID MACARIO YAT ALVAREZ, RUFINO JOEL YAT GONZALEZ, JOSE YAT CHIC (A.K.A. EDGAR CASTRO), MIGUEL LUIS YAT CHIC (A.K.A. MARCOS MIGUEL YAT) and EDGAR CASTILLO, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>      -against-<br><br>ENERGY RESOURCES PERSONNEL LLC (d/b/a DIG INN), PUMP 17TH STREET LLC, (d/b/a/ DIG INN), PUMP 52ND STREET LLC (d/b/a/ DIG INN), PUMP HOLDINGS, LLC (d/b/a/ DIG INN), and ADAM ESKIN,<br><br>                Defendants. | Civil Action No. 15-cv-4158 (JGK) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel on behalf of Defendants in the above-captioned action.  I certify that I am admitted to practice before this Court.

Date:  June 19, 2015
         Melville, New York

                                              s/ Randy S. Gidseg
                                              Randy S. Gidseg, Esq.
                                              LITTLER MENDELSON, P.C.
                                              290 Broadhollow Road, Suite 305
                                              Melville, NY  11747
                                              631.247.4700
                                              rgidseg@littler.com

                                              *Attorneys for Defendants*