| Plaintiff | Pay Period From | Pay Period To | Alleged Hours Per Week in Period | Alleged Unpaid Wages & OT | Alleged Liq. Damages on Wages & OT | Alleged Total Damages Per Period | Total Individual Settlement | % Recovery of Alleged Wage Damages |
|---|---|---|---|---|---|---|---|---|
| Faustino Almazo | 5/29/2009 | 7/23/2009 | 36.5 | $ 627.80 | $ 156.95 | $ 10,794.03 | | |
| | 7/24/2009 | 4/8/2011 | 36.5 | $ 7,309.13 | $ 1,827.28 | $ 14,427.05 | | |
| | 4/9/2011 | 5/28/2012 | 36.5 | $ 4,845.38 | $ 4,845.38 | $ 12,897.58 | | |
| | 5/29/2012 | 6/14/2013 | 36.5 | $ 4,434.75 | $ 8,869.50 | $ 14,087.25 | | |
| | 6/15/2013 | 12/30/2013 | 36.5 | $ 1,635.20 | $ 3,270.40 | $ 5,311.60 | | |
| | 12/31/2013 | 10/14/2014 | 36.5 | $ 3,516.78 | $ 7,033.55 | $ 11,206.33 | | |
| | 10/15/2014 | 12/12/2014 | 13 | $ 322.40 | $ 644.80 | $ 967.20 | | |
| | | | | $ 22,691.43 | $ 26,647.86 | $ 69,691.04 | $ 19,091.16 | 84.13% |
| Anthony Mejia | 12/15/2014 | 12/30/2014 | 42 | $ 213.40 | $ 426.80 | $ 1,420.20 | | |
| | 12/31/2014 | 3/15/2015 | 42 | $ 1,528.45 | $ 3,056.90 | $ 6,235.35 | | |
| | | | | $ 1,741.85 | $ 3,483.70 | $ 7,655.55 | $ 2,108.80 | 121.07% |
| Bernabe Damian | 11/26/2012 | 2/15/2013 | 17 | $ 326.40 | $ 652.80 | $ 6,414.20 | | |
| | 1/20/2014 | 7/14/2014 | 21 | $ 1,233.75 | $ 2,467.50 | $ 3,701.25 | | |
| | 7/15/2014 | 12/30/2014 | 19 | $ 1,071.60 | $ 2,143.20 | $ 3,214.80 | | |
| | 12/31/2014 | 3/14/2015 | 19 | $ 589.00 | $ 1,178.00 | $ 1,767.00 | | |
| | 3/15/2015 | 11/5/2015 | 22 | $ 2,318.80 | $ 4,637.60 | $ 6,956.40 | | |
| | | | | $ 5,539.55 | $ 11,079.10 | $ 22,053.65 | $ 6,074.88 | 109.66% |
| Carlos Tipaz | 1/15/2014 | 2/28/2014 | 25 | $ 338.63 | $ 677.25 | $ 4,450.88 | | |
| | 3/1/2014 | 11/15/2014 | 20 | $ 1,670.55 | $ 3,341.10 | $ 6,861.65 | | |
| | | | | $ 2,009.18 | $ 4,018.35 | $ 11,312.53 | $ 3,116.14 | 155.10% |
| Damian Meyo Varela | 3/15/2012 | 5/28/2012 | 20 | $ 495.00 | $ 495.00 | $ 4,839.40 | | |
| | 5/29/2012 | 7/15/2012 | 20 | $ 315.00 | $ 630.00 | $ 1,295.00 | | |
| | 10/15/2014 | 11/14/2014 | 20 | $ 188.00 | $ 376.00 | $ 764.00 | | |
| | 11/15/2014 | 12/30/2014 | 19 | $ 267.90 | $ 535.80 | $ 1,103.70 | | |
| | 12/31/2014 | 3/15/2015 | 19 | $ 647.90 | $ 1,295.80 | $ 2,493.70 | | |
| | | | | $ 1,913.80 | $ 3,332.60 | $ 10,495.80 | $ 2,887.06 | 150.85% |
| David Macario Yat Alvarez | 12/15/2014 | 12/30/2014 | 17.5 | $ 82.25 | $ 164.50 | $ 1,156.75 | | |
| | 12/31/2014 | 4/8/2015 | 17.5 | $ 759.50 | $ 1,519.00 | $ 4,378.50 | | |
| | | | | $ 841.75 | $ 1,683.50 | $ 5,535.25 | $ 1,524.74 | 181.14% |
| Rufino Joel Yat Gonzalez | 10/15/2013 | 12/30/2013 | 26 | $ 457.60 | $ 915.20 | $ 7,557.80 | | |
| | 12/31/2013 | 2/14/2014 | 26 | $ 355.68 | $ 711.36 | $ 1,067.04 | | |
| | 2/15/2014 | 12/30/2014 | 20 | $ 2,115.00 | $ 4,230.00 | $ 6,345.00 | | |
| | 12/31/2014 | 2/15/2015 | 20 | $ 434.00 | $ 868.00 | $ 1,302.00 | | |
| | | | | $ 3,362.28 | $ 6,724.56 | $ 16,271.84 | $ 4,482.23 | 133.31% |
| Jose Yat Chic (a.k.a. Edgar Castro) | 10/15/2013 | 12/30/2013 | 23 | $ 404.80 | $ 809.60 | $ 7,604.40 | | |
| | 12/31/2013 | 12/30/2014 | 23 | $ 2,810.60 | $ 5,621.20 | $ 8,431.80 | | |
| | 12/31/2014 | 3/15/2015 | 23 | $ 784.30 | $ 1,568.60 | $ 2,352.90 | | |
| | | | | $ 3,999.70 | $ 7,999.40 | $ 18,389.10 | $ 5,065.45 | 126.65% |
| Miguel Luis Yat Chic (a.k.a. Marcos Miguel Yat) | 4/15/2012 | 5/28/2012 | 20 | $ 192.00 | $ 192.00 | $ 6,453.37 | | |
| | 5/29/2012 | 12/30/2013 | 20 | $ 2,656.00 | $ 5,312.00 | $ 7,968.00 | | |
| | 12/31/2013 | 12/30/2014 | 20 | $ 2,444.00 | $ 4,888.00 | $ 7,332.00 | | |
| | 12/31/2014 | 1/14/2015 | 20 | $ 124.00 | $ 248.00 | $ 372.00 | | |
| | 1/15/2015 | 12/9/2015 | 17.5 | $ 2,549.75 | $ 5,099.50 | $ 7,649.25 | | |
| | | | | $ 7,965.75 | $ 15,739.50 | $ 29,774.62 | $ 8,200.10 | 102.94% |
| Edgar Castillo | 11/15/2014 | 12/30/2014 | 28 | $ 394.80 | $ 789.60 | $ 6,710.40 | | |
| | 12/31/2014 | 9/15/2015 | 28 | $ 3,211.60 | $ 6,423.20 | $ 10,282.30 | | |
| | | | | $ 3,606.40 | $ 7,212.80 | $ 16,992.70 | $ 4,680.80 | 129.79% |
| Jose Ivan Islas Ramirez | 7/15/2014 | 12/30/2014 | 14 | $ 789.60 | $ 1,579.20 | $ 7,168.80 | | |
| | 12/31/2014 | 5/20/2015 | 14 | $ 868.00 | $ 1,736.00 | $ 3,604.00 | | |
| | | | | $ 1,657.60 | $ 3,315.20 | $ 10,772.80 | $ 2,967.47 | 179.02% |
| Daniel Juarez Ramos | 1/15/2012 | 5/28/2012 | 15 | $ 641.25 | $ 641.25 | $ 7,631.47 | | |
| | 5/29/2012 | 12/30/2013 | 15 | $ 2,801.25 | $ 5,602.50 | $ 8,403.75 | | |
| | 12/31/2013 | 6/14/2014 | 15 | $ 1,080.00 | $ 2,160.00 | $ 3,240.00 | | |
| | 6/15/2014 | 12/30/2014 | 15 | $ 987.00 | $ 1,974.00 | $ 2,961.00 | | |
| | 12/31/2014 | 12/9/2015 | 15 | $ 2,278.50 | $ 4,557.00 | $ 6,835.50 | | |
| | | | | $ 7,788.00 | $ 14,934.75 | $ 29,071.72 | $ 8,002.76 | 102.76% |
| Emidio Sanchez | 2/15/2014 | 12/30/2014 | 22.5 | $ 2,379.38 | $ 4,758.75 | $ 12,678.13 | | |
| | 12/31/2014 | 12/9/2015 | 22.5 | $ 3,417.75 | $ 6,835.50 | $ 10,253.25 | | |
| | | | | $ 5,797.13 | $ 11,594.25 | $ 22,931.38 | $ 6,316.66 | 108.96% |

| Plaintiff | Pay Period From | Pay Period To | Alleged Hours Per Week in Period | Alleged Unpaid Wages & OT | Alleged Liq. Damages on Wages & OT | Alleged Total Damages Per Period | Total Individual Settlement | % Recovery of Alleged Wage Damages |
|---|---|---|---|---|---|---|---|---|
| **Fredy Jacinto** | 10/15/2013 | 12/30/2013 | 20 | $ 352.00 | $ 704.00 | $ 7,966.00 | | |
| | 12/31/2013 | 12/30/2014 | 20 | $ 2,444.00 | $ 4,888.00 | $ 7,332.00 | | |
| | 12/31/2014 | 12/9/2015 | 20 | $ 3,038.00 | $ 6,076.00 | $ 9,114.00 | | |
| | | | | $ 5,834.00 | $ 11,668.00 | $ 24,412.00 | $ 6,724.51 | 115.26% |
| **Jesus Tepi Calpeno** | 3/15/2014 | 12/30/2014 | 15 | $ 1,445.25 | $ 2,890.50 | $ 9,665.75 | | |
| | 12/31/2014 | 12/9/2015 | 15 | $ 2,278.50 | $ 4,557.00 | $ 6,835.50 | | |
| | | | | $ 3,723.75 | $ 7,447.50 | $ 16,501.25 | $ 4,545.42 | 122.07% |
| **Jorge Rosas** | 10/15/2014 | 12/30/2014 | 15 | $ 387.75 | $ 775.50 | $ 6,863.25 | | |
| | 12/31/2014 | 9/15/2015 | 15 | $ 1,720.50 | $ 3,441.00 | $ 5,161.50 | | |
| | | | | $ 2,108.25 | $ 4,216.50 | $ 12,024.75 | $ 3,312.33 | 157.11% |
| **Nicolas Tepi Calpeno (a.k.a Armando Tepi Calpeno)** | 9/15/2013 | 12/30/2013 | 30 | $ 720.00 | $ 1,440.00 | $ 8,960.00 | | |
| | 12/31/2013 | 7/14/2014 | 30 | $ 1,974.00 | $ 3,948.00 | $ 5,922.00 | | |
| | 7/15/2014 | 12/30/2014 | 22.5 | $ 1,269.00 | $ 2,538.00 | $ 3,807.00 | | |
| | 12/31/2014 | 12/9/2015 | 22.5 | $ 3,417.75 | $ 6,835.50 | $ 10,253.25 | | |
| | | | | $ 7,380.75 | $ 14,761.50 | $ 28,942.25 | $ 7,972.41 | 108.02% |
| **Brigido Mejia** | 5/29/2009 | 7/24/2009 | 36 | $ 619.20 | $ 154.80 | $ 8,840.71 | | |
| | 7/25/2009 | 8/14/2010 | 36 | $ 4,455.00 | $ 1,113.75 | $ 8,431.48 | | |
| | 8/15/2010 | 4/8/2011 | 30 | $ 2,295.00 | $ 573.75 | $ 4,167.21 | | |
| | 4/9/2011 | 5/28/2012 | 30 | $ 3,982.50 | $ 3,982.50 | $ 9,897.60 | | |
| | 5/29/2012 | 7/14/2012 | 30 | $ 472.50 | $ 945.00 | $ 1,417.50 | | |
| | 7/15/2012 | 6/14/2013 | 18 | $ 1,512.00 | $ 3,024.00 | $ 4,536.00 | | |
| | 6/15/2013 | 12/30/2013 | 18 | $ 806.40 | $ 1,612.80 | $ 2,419.20 | | |
| | 12/31/2013 | 12/30/2014 | 18 | $ 2,199.60 | $ 4,399.20 | $ 6,598.80 | | |
| | 12/31/2014 | 12/9/2015 | 18 | $ 2,734.20 | $ 5,468.40 | $ 8,202.60 | | |
| | | | | $ 19,076.40 | $ 21,274.20 | $ 54,511.09 | $ 14,921.56 | 78.22% |
| **Angel Ortiz** | 1/15/2012 | 5/28/2012 | 27.5 | $ 836.00 | $ 209.00 | $ 9,181.73 | | |
| | 5/29/2012 | 12/30/2013 | 27.5 | $ 3,652.00 | $ 7,304.00 | $ 10,956.00 | | |
| | 12/31/2013 | 7/10/2014 | 27.5 | $ 1,744.88 | $ 3,489.75 | $ 5,234.63 | | |
| | 3/20/2015 | 7/15/2015 | 27.5 | $ 1,449.25 | $ 2,898.50 | $ 4,347.75 | | |
| | | | | $ 7,682.13 | $ 13,901.25 | $ 29,720.10 | $ 8,179.76 | 106.48% |
| **Edgar Manuel Perez Ramirez (a.k.a. William Ortega)** | 3/15/2014 | 12/30/2014 | 16 | $ 1,541.60 | $ 3,083.20 | $ 9,994.80 | | |
| | 12/31/2014 | 4/15/2015 | 15 | $ 697.50 | $ 1,395.00 | $ 2,092.50 | | |
| | | | | $ 2,239.10 | $ 4,478.20 | $ 12,087.30 | $ 3,329.56 | 148.70% |
| **Carlos Vidals Ramos** | 10/21/2013 | 12/30/2013 | 15 | $ 240.00 | $ 480.00 | $ 4,225.00 | | |
| | 12/31/2013 | 6/13/2014 | 15 | $ 810.75 | $ 1,621.50 | $ 3,582.25 | | |
| | | | | $ 1,050.75 | $ 2,101.50 | $ 7,807.25 | $ 2,150.58 | 204.67% |
| **Enrique Vazquez Tzunun** | 1/13/2014 | 12/30/2014 | 22.5 | $ 2,643.75 | $ 5,287.50 | $ 13,271.25 | | |
| | 12/31/2014 | 1/5/2015 | 22.5 | $ 69.75 | $ 139.50 | $ 209.25 | | |
| | | | | $ 2,713.50 | $ 5,427.00 | $ 13,480.50 | $ 3,713.33 | 136.85% |
| **Erick Garcia** | 2/15/2013 | 12/15/2013 | 19 | $ 1,307.20 | $ 2,614.40 | $ 9,261.60 | | |
| | | | | $ 1,307.20 | $ 2,614.40 | $ 9,261.60 | $ 2,551.19 | 195.16% |
| **Felix Carrillo** | 1/9/2013 | 11/27/2013 | 26 | $ 1,913.60 | $ 3,827.20 | $ 10,925.80 | | |
| | | | | $ 1,913.60 | $ 3,827.20 | $ 10,925.80 | $ 3,009.61 | 157.27% |
| **Jaime Antonio Ramos** | 11/15/2013 | 12/30/2013 | 19 | $ 182.40 | $ 364.80 | $ 5,547.20 | | |
| | 12/31/2013 | 12/30/2014 | 19 | $ 2,321.80 | $ 4,643.60 | $ 6,965.40 | | |
| | 12/31/2014 | 6/15/2015 | 19 | $ 1,413.60 | $ 2,827.20 | $ 4,240.80 | | |
| | | | | $ 3,917.80 | $ 7,835.60 | $ 16,753.40 | $ 4,614.88 | 117.79% |
| **Javier Hernandez** | 1/15/2014 | 6/14/2014 | 19 | $ 937.65 | $ 1,875.30 | $ 7,087.95 | | |
| | 6/15/2014 | 7/15/2014 | 24 | $ 225.60 | $ 451.20 | $ 676.80 | | |
| | | | | $ 1,163.25 | $ 2,326.50 | $ 7,764.75 | $ 2,138.87 | 183.87% |
| **Jose Luis Contiz** | 10/6/2012 | 12/30/2013 | 24 | $ 2,457.60 | $ 4,915.20 | $ 12,772.80 | | |
| | 12/31/2013 | 2/7/2014 | 24 | $ 282.00 | $ 564.00 | $ 846.00 | | |
| | | | | $ 2,739.60 | $ 5,479.20 | $ 13,618.80 | $ 3,751.43 | 136.93% |

| Plaintiff | Pay Period From | Pay Period To | Alleged Hours Per Week in Period | Alleged Unpaid Wages & OT | Alleged Liq. Damages on Wages & OT | Alleged Total Damages Per Period | Total Individual Settlement | % Recovery of Alleged Wage Damages |
|---|---|---|---|---|---|---|---|---|
| Leonel Cruz | 7/10/2011 | 5/28/2012 | 20 | $ 2,070.00 | $ 2,070.00 | $ 10,521.03 | | |
| | 5/29/2012 | 7/14/2012 | 20 | $ 315.00 | $ 630.00 | $ 945.00 | | |
| | 7/15/2012 | 6/14/2013 | 16 | $ 1,728.00 | $ 3,456.00 | $ 5,184.00 | | |
| | 6/15/2013 | 12/30/2013 | 15 | $ 672.00 | $ 1,344.00 | $ 2,016.00 | | |
| | 12/31/2013 | 3/14/2014 | 15 | $ 352.50 | $ 705.00 | $ 1,057.50 | | |
| | 3/15/2014 | 5/16/2014 | 14 | $ 296.10 | $ 592.20 | $ 888.30 | | |
| | | | | $ 5,433.60 | $ 8,797.20 | $ 20,611.83 | $ 5,660.58 | 104.18% |
| | | | | | | | | |
| Luis Manuel Archundia | 1/26/2015 | 12/9/2015 | 15 | $ 1,937.25 | $ 3,874.50 | $ 10,911.75 | | |
| | | | | $ 1,937.25 | $ 3,874.50 | $ 10,911.75 | $ 3,005.74 | 155.16% |
| | | | | | | | | |
| Total Damages | | | | $ 139,135.33 | $ 237,795.82 | $ 560,282.38 | | |
| | | | | | | | TOTAL SETTLEMENT | $230,000.00 |
| | | | | | | | Attorneys Fees | 75,900.00 |