### *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 2540
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Jesus Faustino                                                        March 23, 2017

|  | File #: | energyresou |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**   Almazo et al v. Energy Resources Personel LLC et al
CIVIL DOCKET FOR CASE #: 1:15-cv-04158-JGK

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-15-15 | Meeting with clients/ imtake-retainers | 3.80 | 1,710.00 | MF |
| Apr-20-15 | Meeting with client / intake-retainers | 2.75 | 1,237.50 | MF |
| Apr-27-15 | Research | 0.90 | 405.00 | MF |
| May-05-15 | Drafted complaint | 3.50 | 1,575.00 | MF |
| May-27-15 | Meeting with clients- revised complaint | 1.50 | 675.00 | MF |
| Jun-24-15 | Review of Stip | 0.25 | 112.50 | SC |
| Jul-22-15 | Correspondence to D | 0.20 | 90.00 | SC |
| Sep-03-15 | Drafted case materials | 0.50 | 225.00 | SC |
| Nov-06-15 | Drafted case letter | 0.50 | 225.00 | SC |
| Nov-11-15 | phone call w/ client Almazo | 0.10 | 37.50 | RG |
| Nov-19-15 | Drafted case materials | 2.00 | 900.00 | SC |
| Nov-20-15 | Review of pot. amended comp. | 1.00 | 450.00 | SC |

| | | | | |
|---|---|---|---|---|
| Dec-16-15 | Drafted revised damages analysis | 2.00 | 900.00 | SC |
| Jan-08-16 | Review of case mats | 0.50 | 225.00 | SC |
| Jan-11-16 | Conference /conf prep | 1.50 | 675.00 | SC |
| Apr-04-16 | Review of Discovery Responses | 2.00 | 900.00 | SC |
| Apr-05-16 | Review of Discovery Responses | 4.00 | 1,500.00 | SC |
| Apr-12-16 | Review of discovery productions | 2.00 | 900.00 | SC |
| Apr-21-16 | revised case mats re discovery production | 2.00 | 900.00 | SC |
| Jun-13-16 | Review of discovery mats | 2.00 | 900.00 | SC |
| Jun-14-16 | Negotiated /research re dmg allegations | 2.00 | 900.00 | SC |
| Jul-15-16 | Conference with clients | 1.00 | 450.00 | SC |
| Jul-18-16 | Review of case materials | 2.00 | 900.00 | SC |
| Aug-02-16 | Conference with clients | 1.00 | 450.00 | SC |
| Aug-25-16 | Correspondence to counsel | 0.50 | 225.00 | SC |
| Aug-26-16 | Drafted case materials | 0.50 | 225.00 | SC |
| Sep-06-16 | Correspondence to D re settlement | 0.50 | 225.00 | SC |
| Sep-09-16 | Conference with clients | 0.00 | 0.00 | SC |
| Sep-20-16 | Research /set discussions | 1.00 | 450.00 | SC |
| Sep-21-16 | Correspondence to D re sett | 0.50 | 225.00 | SC |
| Sep-28-16 | Correspondence to D Counsel | 0.50 | 225.00 | SC |
| Oct-26-16 | Contacted D Counsel, discussed settlement issues | 1.00 | 450.00 | SC |
| Dec-05-16 | Drafted case materials | 1.00 | 450.00 | SC |

| Dec-16-16 | Review of Settlement Draft Mats | 0.50 | 225.00 | SC |
| Jan-30-17 | Drafted fairness papers | 2.00 | 900.00 | SC |
| Feb-07-17 | Drafted case mats | 0.15 | 67.50 | SC |
| Feb-22-17 | Drafted fairness mats | 2.00 | 900.00 | SC |
| Mar-10-17 | revised sett mats | 1.00 | 450.00 | SC |
| Mar-22-17 | revised sett mats | 0.50 | 225.00 | SC |
| Mar-23-17 | revised sett mats | 2.00 | 900.00 | SC |
| | Totals | 52.65 | $23,385.00 | |

**DISBURSEMENTS**

| | Filing Fee | | 350.00 | |
| | Totals | | $350.00 | |
| | **Total Fee & Disbursements** | | **$23,735.00** | |
| | **Balance Now Due** | | **$23,735.00** | |