# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

sclark@faillacelaw.com

March 31, 2017

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: Almazo, et al. v. Energy Resources Personnel LLC, et al.,
      15-cv-4158 (JGK)

Your Honor(s),

  This firm represents the Plaintiffs in the above-referenced matter. Plaintiffs write in response to Your Honor's Order dated March 25, 2017. The parties' supplemental submission contains an error concerning Plaintiffs' costs. As is reflected in Plaintiffs' counsel's billing sheet, attached here as Exhibit A, attorney's fees and costs in this matter total $23,735.00. Costs alone account for $350.00 of this total; the remainder constitutes counsel's fees for litigating this action. Plaintiffs apologize for any confusion.

  Plaintiffs thank the Court for its time and attention.

              Respectfully submitted,

              /s/Shawn R. Clark
              Shawn R. Clark
              MICHAEL FAILLACE & ASSOCIATES, P.C.
              Attorneys for the Plaintiffs

Enclosure