~~EXHIBIT B~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAUSTINO ALMAZO, ANTHONY MEJIA, BERNABE DAMIAN, CARLOS TIPAZ, DAMIAN MEYO VARELA, DAVID MACARIO YAT ALVAREZ, RUFINO JOEL YAT GONZALEZ, JOSE YAT CHIC (A.K.A. EDGAR CASTRO), MIGUEL LUIS YAT CHIC (A.K.A. MARCOS MIGUEL YAT) and EDGAR CASTILLO, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

ENERGY RESOURCES PERSONNEL LLC (d/b/a DIG INN), PUMP 17TH STREET LLC, (d/b/a/ DIG INN), PUMP 52ND STREET LLC (d/b/a/ DIG INN), PUMP HOLDINGS, LLC (d/b/a/ DIG INN), and ADAM ESKIN,

        Defendants.

Civil Action No. 15-cv-4158 (JGK)

STIPULATION

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

(a)    the parties' settlement, including the settlement of claims under the Fair Labor Standards Act, is fair and reasonable; and

(b)    the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-6-17

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C. | LITTLER MENDELSON, P.C. |
| By: *Shawn Clark* | By: *[signature]* |
| Shawn Clark | Randy S. Gidseg |
| 60 East 42nd Street, Suite 2020 | 290 Broadhollow Road, Suite 305 |
| New York, NY 10165 | Melville, New York 11747 |
| (212) 317-1200 | (631) 247-4700 |
| sclark@faillacelaw.com | rgidseg@littler.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: 2  22, 2017 | Dated: February 16, 2017 |

SO ORDERED:

*[signature]*

Hon. John G. Koeltl, U.S.D.J.

In deciding that the settlement is fair and reasonable, including the attorney's fees and costs, the Court has considered the supplemental submissions dated March 23, 2017, and March 31, 2017.

So ordered.

*[signature]*
U.S.D.J.

4/5/17

2